# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ELTON JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:11-CV-00490-CG-N |
| | ) |
| VICTOR NISSAN, INC. a/k/a | ) |
| VICTOR AUTOMOTIVE and | ) |
| JERRY VICTOR, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants VICTOR NISSAN, INC. and JERRY VICTOR respectfully move this Honorable Court to enter an Order enforcing the settlement agreement executed by Plaintiff Elton Johnson on Friday, June 21, 2012 and for any additional relief which this Court deems appropriate.  As further demonstrated in the *Brief in Support of Motion to Enforce Settlement Agreement* filed contemporaneously herewith, the parties had a meeting of the minds as to the terms of the settlement, and the settlement is binding such that it should be enforced.

WHEREFORE Defendants Victor Nissan, Inc. and Jerry Victor respectfully move this Honorable Court to enter an Order enforcing the settlement agreement executed by Plaintiff Elton Johnson on Friday, June 21, 2012 and for any additional relief which this Court deems appropriate.

Respectfully submitted,

*/s/ Mac B. Greaves*
MAC B. GREAVES
KRISTIN TAYLOR PARSONS
Attorneys for Defendants

66978 v1

OF COUNSEL:

BURR & FORMAN LLP
3400 Wells Fargo Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

BURR & FORMAN LLP
RSA Tower, Suite 22200
11 North Water Street
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## CERTIFICATE OF SERVICE

  I hereby certify I have served a copy of the foregoing upon Counsel as provided below, via CM/ECF on this the 27th day of June, 2012:

 Danny Crenshaw
 Crenshaw Law and Associates
 1425 J L Chestnut Jr. Blvd
 Selma, AL 36703-0000

            */s/ Mac B. Greaves*
            OF COUNSEL