# EXHIBIT A

STATE OF ALABAMA      )

DALLAS COUNTY          )

## GENERAL RELEASE AND WAIVER AGREEMENT

In consideration of the agreements contained within this General Release and Waiver Agreement and payment of the sum of Sixty Thousand dollars ($60,000.00) (the "Settlement Amount") to Elton Johnson and his attorney, the undersigned, Elton Johnson (hereinafter referred to as "Releasor") does hereby release, remise and forever discharge Jerry Victor and Victor Nissan, Inc. d/b/a Victor Automotive, its parents, and all affiliated companies and their directors, officers, shareholders, employees, agents, representatives, insurers, successors and assigns, and each and all of them (hereinafter for brevity referred to collectively as "Releasees") of and from any and all charges, claims, suits, actions, causes of action, losses and expenses of every nature whatsoever that Releasor has, may have or may have had at any time heretofore pertaining to or arising out of the following:

1. Any breach of Releasor's terms and conditions of employment, including his termination of employment with Releasees and claims against Releasees for wages, commissions, backpay and benefits.

2. Any and all actions of the Releasees which allegedly caused or contributed to Releasor's alleged damages based upon an alleged violation of any state or federal law or theory of liability including breach of contract, failure to pay commissions, wages, benefits, Title VII of the Civil Rights Act of 1964, as Amended, 42 U.S.C. §2000e, *et seq.*, 42 U.S.C. §1981, 42 U.S.C. §1988, race discrimination, hostile environment, harassment, wrongful termination and

retaliation in violation of said laws.

3. Any and all claims or charges on the part of Releasor against Releasees based upon an alleged violation of any state or federal law or theory of liability including breach of contract, failure to pay commissions, wages, benefits, Title VII of the Civil Rights Act of 1964, as Amended, 42 U.S.C. §2000e, *et seq.,* 42 U.S.C. §1981, 42 U.S.C. §1988, race discrimination, hostile environment, harassment, wrongful termination and retaliation in violation of said laws.

Without in any way limiting the generality of the foregoing and in further consideration of the payment herein recited to have been made to Releasor, and for other good and valuable consideration, Releasor agrees as follows:

4. Releasor hereby further releases, remises and forever discharges Releasees from any and all claims asserted by Releasor, and any and all claims relating to any claims asserted by Releasor in Civil Action No. 2:11-cv-00490-CG-N, styled <u>Elton Johnson v. Victor Nissan, Inc. d/b/a Victor Automotive and Jerry Victor</u> pending in the United States District Court for the Southern District of Alabama, Northern Division, hereafter referred to as "the Lawsuit." Releasor further agrees to cause the Lawsuit to be dismissed with prejudice. Based on the independent judgment of Releasor and with the advice of legal counsel chosen by him, Releasor expressly consents to dismissal with prejudice of the Lawsuit and all claims asserted therein.

5. Releasor understands and agrees that this General Release and Waiver Agreement precludes him from seeking any and all forms of relief, whether monetary or other, which Releasor might seek in connection with his employment with Releasees and any claim based on breach of contract, failure to pay commissions, benefits, wages, racial discrimination, hostile

environment, harassment, wrongful termination and retaliation caused by Releasees from the beginning of time until the date Releasor executes this release. Releasor further agrees not to bring any additional lawsuit, or claim against Releasees in any court, or before any governmental agency related to any claim or the Lawsuit for acts arising from the beginning of time to the date Releasor executes this agreement.

6. Releasor agrees that the allegations and claims contained in the Lawsuit are denied and disputed by Releasees, and that the payment of the Settlement Amount does not constitute any admission of liability on the part of Releasees. Releasor acknowledges and agrees that Releasees do not now and have not at any time heretofore admitted any liability to Releasor or to any third party on any claim that Releasor brought or could have brought in the Lawsuit. Releasor agrees that the purpose of the payment recited herein to him is to ensure that Releasees will not be put to the expense and inconvenience of defending the Lawsuit or any other action which Releasor might bring.

7. Releasor hereby waives and forgoes any right to continued or future employment with Releasees. Releasor understands that his employment relationship with Releasees has ended and that he will not apply for or seek employment with Releasees at any time in the future.

8. Releasor further agrees not to disclose the fact or the amount of the above payment to any third person, apart from his attorney, spouse, accountant or taxation authorities. Releasor understands that this confidentiality agreement is a material inducement to Releasees to make this Settlement. Therefore, Releasor agrees that he will not directly or indirectly publish, discuss or reveal any fact concerning the terms and conditions made the basis of the Settlement

of the Lawsuit, the fact that the Settlement Amount has been paid by Releasees to Releasor, or the reason for such payment; provided, further, however, that Releasor shall take such steps as are reasonable to maintain the confidentiality of such information after any authorized disclosure. Releasor further agrees that he will instruct his spouse, attorneys, accountants and tax advisors of this confidentiality provision and that he will be held responsible for any breach of confidentiality by them. The Releasor agrees that any damages for the breach of this confidentiality provision by him would be speculative in nature and difficult to quantify. Therefore, Releasor agrees that should he be found to have breached this confidentiality provision by a court of competent jurisdiction, he shall be deemed to have breached this entire agreement and shall be liable for actual damages if they can be proven; otherwise, he will be liable for liquidated damages in the sum of $2,000 for each and every breach of this provision. Releasor fully understands that should he breach this confidentiality agreement that Releasees will pursue their rights for said breach in a court of competent jurisdiction. If Releasor is asked about the status of this action, Releasor may state only that it has been resolved to the satisfaction of the parties.

      9. Although Releasor understands that he must comply with the terms and conditions of paragraph 8, he also agrees that he will publish the one page document that is attached to this General Release and Settlement Agreement as Exhibit A, which constitutes a retraction of a previous letter that he published and distributed to pastors and churches in Dallas County, which is attached as Exhibit B. This 4-page document (Exhibit B) contains the names of the pastors and churches to whom said retraction (Exhibit A) will be sent by U.S. mail by his

attorney of record, Danny Crenshaw. Said letter (Exhibit A) will be mailed to the individuals listed in Exhibit B within 14 days of the date of the execution of this General Release and Waiver Agreement.

10. Releasor agrees that he will not take any action or participate in any action detrimental to the interests of Releasees and that he will not make any derogatory statements, either oral or written about Releasees, or otherwise disparage Releasees, their employees, products and services.

11. Releasor understands that the Settlement Amount is paid to satisfy any and all claims for damages, attorney's fees and costs alleged in the Lawsuit, including alleged mental anguish. The Releasor acknowledges that the total settlement amount of $60,000.00 will be made payable to Releasor and his attorney, Danny Crenshaw. The parties acknowledge that Releasees do not owe the Releasor any money for backpay for the alleged violations in the Lawsuit and that the settlement amount is being paid to buy peace and to resolve the dispute between the Releasor and the Releasees in the lawsuit. The Releasor agrees that no taxes or withholdings will be deducted from the Settlement proceeds which are paid on compensatory damages for mental anguish and that the Releasor is obligated to pay all federal, state and/or local taxes, and that any tax due as a result of this payment is solely his responsibility. The Releasor further agrees to be liable for, indemnify and hold harmless Releasees from any and all taxes, penalties and interest that may be assessed against the Releasor by virtue of payment of the Settlement proceeds described herein. Also, an IRS Form 1099 will be issued by Releasees to Releasor and his attorney reflecting the Settlement Amount described above.

12. Releasor further declares and acknowledges that no representations made by any agent or attorney of Releasees concerning the validity or merit of any claim of Releasor have induced him to make this release and that Releasor is acting upon his own best judgment, belief and knowledge of the nature and validity of any and all claims or potential claims in making this release, and that he is acting with the advice of legal counsel chosen by him.

13. Releasor further agrees that his heirs, administrators, executors, agents, successors and assigns shall be fully bound by this release and all provisions hereof, just as Releasor is bound, and Releasor agrees that each and every provision of this General Release and Waiver Agreement inures to the benefit of Releasees and their heirs, administrators, executors, agents, successors and assigns.

IN WITNESS WHEREOF, Elton Johnson has hereunto set his signature and seal on this 21 day of June, 2012.

_____
Elton Johnson

**STATE OF ALABAMA)**

Dallas    COUNTY)

I, the undersigned, a Notary Public, in and for said County in said State, hereby certify that Elton Johnson, whose name is signed to the foregoing Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 21st day of June, 2012.

_____
Notary Public
My Commission Expires: 1-4-2016

Error! Unknown document property name.

June 21, 2012

To: Pastors

From: Elton Johnson

    Since sending the letter about Mr. Jerry Victor, I have learned some new information about him and his business that makes my prior statements not to be entirely accurate. Thus, after due consideration and reflection, I have concluded that Mr. Victor is not a racist and he has also done some things in the Community that I was not aware of which has caused me to change my opinion altogether.

    For example, I have since learned that Mr. Jerry Victor served on the Boards of many Community Agencies whose goals were to provide for the less fortunate including the Jonathan Daniels Agency and the Dallas County Community Action Agency. That particular agency has worked tirelessly to preserve and maintain the Head-Start Program that is very important to our children.

    I was told and led to believe that Jerry Victor had suspended an employee for buying cars from other dealers, but this is not entirely accurate and I do retract this statement at this time.

    Further, I have learned that Jerry Victor provided financial assistance to the family of a former deceased employee, Eric Chase Grayson, which causes my earlier statement to be subject to retraction. I have since learned that Mr. Victor did not deny employees requests to attend Mr. Grayson's funeral.

    While it is true that I had some issues with Mr. Victor during my tenure as an employee, he did do some positive things to assist his employees. So, I retract my statement that Mr. Victor runs his business as a plantation.

    I also believe that a person should be credited with positive things they do and say, and I have learned Jerry Victor has been a benefactor, and supportive to Ellwood Christian School by providing automobiles for the schools fund raising activities.

    I regret having made the earlier statements; however this is my sincere effort to resolve our differences and correct any misunderstanding we have had.

    If you by chance shared my letter with your congregations, or anyone else I ask that you use my retraction as an example as how we are called by the Savior to do right by others and seek forgiveness for our transgressions.

Respectfully yours,

*[signature]*
Elton Johnson
Date: 6-21-12

*[signature] Marshall*
Notary Public

My Seal expires 1-4-2016

To: The Pastor

From: Elton Johnson
House of Praise

I feel that you, your congregation and the citizens of Selma have a right to this information. The Selma Times Journal would not print this information because Jerry Victor spends a lot of money in advertisement with them.

Fighting racism in the 21st Century should not be. For Your Information: The Jerry Victor that the Public do not know, the Jerry Victor that suspends a black employee if he buys a car from another car lot other than his car lot, when the white employees can buy from any dealership they please. Jerry Victor, the one who suspends a black employee for being sick. Fighting Racism in the 21st Century in Selma, Alabama is still alive and well and there are much more racial practices that Jerry Victor allows at his dealership; the citizens of Selma need to know.

Jerry Victor, formally Victor Nissan and now known as Victor Automotive. The City of Selma needs to know that this is the man that had a black employee to work for him for over 8 years; Eric (Chase) Grayson and told all his employees that no one could take off and go to his funeral. This is the same Jerry Victor that his business is 95% - 98% black customers, but it is still ran like a Plantation. Jerry Victor says things have changed; as a former employee and a concerned citizen, I would like Jerry Victor to respond and let the citizens know what has changed.

Respectfully yours,

Elton Johnson

CC: Jerry Victor
Victor Automotive

Pastor Effell Williams, Sr.
Tabernacle of Praise Church

Pastor Wade Jackson
Greater Kingdom Citadel

Dr. Eleanor Smith
Mt. Zion New Jerusalem Church

Elder Jerry Holman
Freewill Christian Church

Pastor John E. Grayson
Gospel Tabernacle Church of God in Christ

Dr. F. D. Reese, Pastor
Ebenezer Baptist Church

Pastor Percy Rogers
Chosen Generation Apostolic Church

Bishop Joe N. Brown
New Hope Apostolic Church

Pastor Linda & Earl Broadnax
Rising Star Church of the Living God

Pastor Coley Chestnut
Fresh Anointing House of Worship

Pastor James Beal
Little Canaan P. B. Church

Bishop Robert Pettus
Macedonia Apostolic Church

Pastor D. M. Moore
New Cedar Grove Baptist Church

Pastor David W. Perry
New Selmont Baptist Church

Dr. Etta Weaver
Abundant Life Center

Pastor James Price
All Faith New Covenant Bible Church

Bishop Patrick E. Bonner Sr.
The Potter's Place

Dr. Brenda Tyus
West Village Church of the Nazarene

Bishop Bert A. Scott
New Shady Grove M. P. Church

Pastor Reginald Wells

Church of Christ in Prayer

Rev. Eugene Bennett

Rising Star Primitive Baptist Church

Pastor Gary Crum

Ellwood Community Church

Pastor Eric Wilson

Spirit of Comfort Ministries

Pastor Rod Rodchester

Thru The Cross Ministries

Pastor Bessie Garrett

New Life Miracle House of Worship

Rev. Thomas J. Patterson, Jr.

Rose of Sharon Baptist Church

Pastor John L. Jackson

Alabama Ave. Church of God