# EXHIBIT B

**Greaves, Mac**

| | |
|---|---|
| **From:** | Danny Crenshaw [crenshawlaw@att.net] |
| **Sent:** | Friday, June 22, 2012 10:53 AM |
| **To:** | Greaves, Mac |
| **Subject:** | Elton Johnson vs. Victor Nissan |
| **Attachments:** | June 22 General Release and Waiver Agreement.docx |

Mac,

These are the signed documents for settlement of this case.