# EXHIBIT C

# Crenshaw Law Firm
### Attorney at Law



**Danny W. Crenshaw**
**Attorney at Law**
1425 J.L. Chestnut, Jr. Boulevard
Selma, Alabama 36703

Phone: 334 877-1378
Fax: 334 875-7434
E-mail: crenshawlaw@att.net
Web: www.callcrenshaw.com

June 25, 2012

Mr. Mac B. Greaves, Esq.
Burr & Furman. LLP
3400 Wells Fargo Tower
420 North 20th Street
Birmingham, Alabama 35203

Re:    Johnson v. Jerry Victor, Victor Automotives, et al
        Case No.:

Dear Mac:

    Enclosed please find the agreement entered by Mr. Johnson in this case.

    With kind regards.

                                    Sincerely,

                                    CRENSHAW LAW FIRM

                By:    _____
                                    Danny W. Crenshaw, Esq.

DCW/sct

Enclosure