# EXHIBIT D

Case 2:11-cv-00490-CG-N   Document 20-4   Filed 06/27/12   Page 1 of 2   PageID #: 122

**Greaves, Mac**

**From:** Danny Crenshaw [crenshawlaw@att.net]
**Sent:** Monday, June 25, 2012 1:15 PM
**To:** Greaves, Mac
**Subject:** Elton Johnson vs. Victor Nissan

June 25, 2012

Mac,

    I apologize for this strange turn of events. I do not agree with my clients' actions, and will file a Motion to withdraw if nothing can be worked out. Of course, I do plan to maintain a lien on the file for the work that I have done.

6/25/2012