IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELTON JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CV-00490-CG-N |
| | ) | |
| VICTOR NISSAN, INC. a/k/a | ) | |
| VICTOR AUTOMOTIVE and | ) | |
| JERRY VICTOR, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STAY PROCEEDINGS PENDING RESOLUTION
## OF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants VICTOR NISSAN, INC. and JERRY VICTOR respectfully move this Honorable Court to stay the deadlines in this matter pending resolution of Defendants' *Motion to Enforce Settlement Agreement* filed contemporaneously herewith. In support thereof, Defendants show unto the Court as follows:

1. Plaintiff Elton Johnson executed a written settlement agreement on June 21, 2012. Pursuant to the terms thereof, Johnson agreed to dismiss his claims against Defendants, with prejudice. *See Exhibit A to Defendants' Brief in Support of Motion to Enforce Settlement Agreement.*

2. Defendants were informed on Monday, June 25, 2012, however, that Johnson no longer intends to consummate the terms of the settlement, despite him having executed the Settlement Agreement on June 21, 2012.

3. As it is Defendants' position that the settlement is binding and should be enforced, contemporaneously herewith, Defendants are filing a *Motion to Enforce Settlement Agreement*, along with a supporting brief.

66979 v1

4. The discovery deadline in this action expires on Monday, July 2, 2012. In advance thereof, Johnson was slated to be deposed by Counsel for Defendants on Thursday, June 28, 2012. Johnson's deposition was scheduled prior to the parties settled this matter.

5. Defendants contend that Johnson has now entered into a binding settlement agreement in which he has agreed, *inter alia*, to seek dismissal of this litigation with prejudice and; therefore, Defendants submit that there is no need for Johnson to be deposed. Accordingly, Defendants posit that it would preserve this Court and the parties' respective resources if the Court would enter an Order staying all proceedings until the Court has issued a ruling on Defendants' *Motion to Enforce Settlement Agreement*, which Defendants believe is due to be granted. At the same time, Defendants request that the Court stay the deadlines for the purpose of permitting Defendant the opportunity to depose Plaintiff if the case is allowed to go forward.

WHEREFORE Defendants Victor Nissan, Inc. and Jerry Victor respectfully move this Honorable Court to grant their *Motion to Stay Proceedings Pending Resolution of Defendants' Motion to Enforce Settlement Agreement* and enter an Order staying all deadlines in the proceedings until the Court has issued a ruling on Defendants' *Motion to Enforce Settlement Agreement*.

                                  Respectfully submitted,

                                  */s/ Mac B. Greaves*
                                  MAC B. GREAVES
                                  KRISTIN TAYLOR PARSONS
                                  Attorneys for Defendants

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wells Fargo Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

BURR & FORMAN LLP
RSA Tower, Suite 22200
11 North Water Street
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing upon Counsel as provided below, via CM/ECF on this the 27th day of June, 2012:

Danny Crenshaw
Crenshaw Law and Associates
1425 J L Chestnut Jr. Blvd
Selma, AL 36703-0000

*/s/ Mac B. Greaves*
OF COUNSEL